In the Matter of FREDERICK H. ROGE, Respondent, against LEWIS J. VALENTINE, as Commissioner of the Police Department of the City of New York, Appellant.

Submitted May 15, 1939; decided May 23, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.    (See 280 N. Y. 268.)

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, v. JOSEPH E. CHARLES, Appellant.

Submitted May 15, 1939; decided May 23, 1939.

*William C. Chanler*, Corporation Counsel (*Paxton Blair* of counsel), for motion.

*Vernal J. Williams* opposed.

Motion granted and appeal dismissed.